IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

04 MAR -2 PM 1:54

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| JAMES LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 03-PT-3444-M |
| | ) | |
| NICHOLAS LASTER, | ) | |
| | ) | |
| Defendant. | ) | |

ENTERED
MAR 2 2004

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 19, 2004, recommending that this action be dismissed for lack of jurisdiction, pursuant to Rule 12(h)(3) of the *Federal Rules of Civil Procedure*. The plaintiff submitted a response in which he concedes the court has not jurisdiction.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed, without prejudice, pursuant to Rule 12(h)(3) of the *Federal Rules of Civil Procedure*. A Final Judgment will be entered.

DATED this 2 day of March, 2004.

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE

